**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>BISCONTI, EDWARD<br>BISCONTI, MARY MARGARET<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11850 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 2000
         Wheaton, Illinois 60187

    on:  **June 27, 2008**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        15,036.16

    b. Disbursements                         $             13.11

    c. Net Cash Available for Distribution   $        15,023.05

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---:|---:|
| CLERK, U.S. BANKRUPTCY COURT<br>(US Bankruptcy Court ) | 0.00 | $250.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $176.68 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $8,000.00 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Expenses) | 0.00 | $140.00 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,500.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $1,215.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $104,062.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.60%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 001 | RECOVERY MGMT SYSTEMS CORP | $ 82.72 | $ 2.98 |
| 002 | RECOVERY MGMT SYSTEMS CORP | $ 1,218.36 | $ 43.80 |
| 003 | DISCOVER BANK | $ 6,553.15 | $ 235.60 |
| 004 | CITIBANK SD NA | $ 993.15 | $ 35.71 |

| | | | |
|---|---|---|---|
| 005 | WEST SUBURBAN BANK | $ 5,171.59 | $ 185.93 |
| 006 | CHARMING SHOPPES - CATHERINES | $ 1,288.94 | $ 46.34 |
| 007 | KOHLS/CHASE BANK USA NA | $ 1,350.03 | $ 48.54 |
| 008 | CHASE BANK USA NA | $ 1,257.44 | $ 45.21 |
| 009 | CHASE BANK USA NA | $ 21,458.37 | $ 771.49 |
| 010 | CHASE BANK USA NA | $ 13,785.98 | $ 495.65 |
| 011 | CHASE BANK USA NA | $ 7,491.58 | $ 269.34 |
| 012 | CHASE BANK USA NA | $ 12,270.19 | $ 441.15 |
| 013 | CHASE ANK USA NA | $ 13,960.21 | $ 501.91 |
| 014 | CITIBANK SD NA | $ 8,450.77 | $ 303.83 |
| 015 | CITIBANK SD NA | $ 8,730.51 | $ 313.89 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor & 2003 Jeep Cherokee

Dated: **May 27, 2008**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE

ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: May 27, 2008
Case: 06-11850                 Form ID: pdf002              Total Served: 34

The following entities were served by first class mail on May 29, 2008.
db           +Edward Michael Bisconti,    112 Harding Ct.,    Glendale Heights, IL 60139-1816
jdb          +Mary Margaret Bisconti,    112 Harding Ct.,    Glendale Heights, IL 60139-1816
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
10923045      AT&T Universal Platinum Card,    5491 1303 3084 9985,    P.O. Box 688918,
               Des Moines, IA 50368-8918
10923046      Bank of America,    4050 8600 0447 1742,    P.O. Box 1516,    Newark, NJ  07101-1516
10923047     +Carson Pirie Scott,    11-7982-686-1,    140 Industrial Dr.,    Elmhurst, IL 60126-1602
10923048      Catherine's,    627800-001-437-0797,    P.O. Box 856044,    Louisville, KY 40285-6044
11047396     +Charming Shoppes-Catherines,    c/o FIRST EXPRESS,    PO Box 856044,    Louisville, KY 40285-6044
10923049     +Chase,    00414511409370,    P.O. Box 24714,    Columbus OH 43224-0714
10923050      Chase,    4266 8800 3449 3086,    P.O. Box 15153,    Wilmington DE  19886-5153
11055511     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10923052      Citi Cards,    5424 1801 7052 9074,    P.O. Box 6414,    The Lakes, NV 88901-6414
11159934      Citibank ( South Dakota ) N.A.,    Exception Payment Processing,    P.O.  Box 6305,
               The Lakes, NV  88901-6305
11039106     +Citibank (South Dakota). N.A.,    DBA:  THE HOME DEPOT,    PO Box 9025,    Des Moines, IA 50368-9025
10923051     +DaimlerChrysler Financial Services,    Americas LLC,    c/o Riezman Berger PC,
               7700 Bonhomme 7th Floor,    St Louis, MO 63105-1960
10923054      Home Depot Credit Services,    6035 3200 1790 4945,    Processing Center,
               Des Moines, IA 50364-0001
10923056     +Kohl's,    020-3523-642,    P.O. Box 2983,    Milwaukee, WI 53201-2983
11049049     +Kohls/Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
12157931      LVNV Funding LLC its successors as,    assignee of Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
10923057      Linen 'n Things,    6036 3210 2316 4788,    P.O. Box 530993,    Atlanta, GA  30353-0993
10923058      MBNA America,    5490 9954 2807 0020,    P.O. Box 15137,    Wilmington, DE 19886-5137
10923059      Sears Gold Mastercard,    5121 0718 2309 2816,    P.O. Box 183082,    Columbus, OH  43218-3082
10923060     +Sears Premier Card,    5049 9401 3573 6915,    P.O. Box 183081,    Columbus, OH 43218-3081
10923061      West Suburban Bank,    P.O. Box 1269,    Lombard, IL  60148-8269
The following entities were served by electronic transmission on May 28, 2008.
aty          +E-mail/Text: DANATLAW@AOL.COM                            Daniel K Robin,    Daniel K Robin Ltd,
               121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
10923053      E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2008 04:02:35      Discover,
               6011 0076 3468 7288,    P.O. Box 30395,    Salt Lake City, UT  84130-0395
11030568      E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2008 04:02:35      Discover Bank,
               Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10923055      E-mail/PDF: gecsedi@recoverycorp.com May 28 2008 04:01:47      JC Penney,    373-417-152-71,
               P.O. Box 960001,    Orlando, FL  32896-0001
11028275     +E-mail/PDF: rmscedi@recoverycorp.com May 28 2008 04:02:31
               Recovery Management Systems Corporation,    For GE Money Bank,    dba Meijer Dual Card,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11028278     +E-mail/PDF: rmscedi@recoverycorp.com May 28 2008 04:02:31
               Recovery Management Systems Corporation,    For GE Money Bank,    dba Linens N' Things,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1            User: amcc7              Page 2 of 2              Date Rcvd: May 27, 2008
Case: 06-11850                  Form ID: pdf002          Total Served: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2008**                **Signature:** _Joseph Speetjens_